# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALEXIS HERNANDEZ-MARTIN (1),<br><br>　　　　　　　　　　　Defendant. | Case No.:  17cr3697-MMA-1<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TERMINATE PROBATION**<br><br>[Doc. No. 71] |

Subsequent to pleading guilty to an Information charging Defendant Alexis Hernandez-Martin with one count of Bringing in Aliens without Presentation in violation of 18 U.S.C. § 1324(a)(2)(B)(iii), the Court sentenced Defendant to a four-year term of probation.  *See* Doc. No. 57.  Defendant now moves for early termination of probation.[1]  *See* Doc. No. 187.  Neither the United States Attorney nor United States Probation oppose the motion.

---

[1] In his moving papers, Defendant refers to his term of probation as a term of "supervised release" and cites to section 3583(e)(1).  *See, e.g.*, Doc. No. 71-1 at 4 ("In this case, all of these factors point toward the termination of the supervised release term being served . . . ."); *see also id.* at 3 ("Pursuant to 18 U.S.C. §3583(e)(1), a district court may terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release.").  Nonetheless, the Court analyzes his motion according to the applicable statute, 18 U.S.C. § 3564(c).

Upon due consideration of the applicable factors set forth in 18 U.S.C. § 3553(a), the interests of justice, and Defendant's conduct, the Court **GRANTS** the motion. Accordingly, pursuant to 18 U.S.C. § 3564(c), the Court terminates Defendant's term of probation and discharges Defendant as of the date this Order is filed.

**IT IS SO ORDERED**.

Dated:  October 7, 2021

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge